DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHOE ENVY FASHION, INC.,** and **NADIA RIVERA,**
Appellants,

v.

**SILVERI LEASING, INC.,**
Appellee.

No. 4D18-2080

[July 3, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE15008961.

Lyman S. Bradford, IV, of The Law Office of Lyman S. Bradford, IV, P.A., West Palm Beach, for appellants.

Thomas D. Oates of Law Offices of Oates & Oates, P.A., Pompano Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***